UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of COLORADO BREEZE, LLC, a Nevada Limited Liability Company, as owner of the vessel LOOSEY LU, official number 1189035, for Exoneration from or Limitation of Liability | Case No. 2:18-cv-01153-RFB-CWH<br><br>**[PROPOSED] NOTICE TO CLAIMANTS OF FILING OF LIMITATION PROCEEDING** |

WHEREAS, a complaint is being filed simultaneously with this Notice to Claimants by which Plaintiff-in-Limitation COLORADO BREEZE, LLC., as owner of the vessel LOOSEY LU, official number 1189035,("VESSEL"), seeking exoneration from or limitation of liability for any losses, injuries, and/or damages occasioned as a result of an incident aboard the VESSEL on or about July 22, 2017 on the Colorado River in the vicinity of Blakenship Bend, Arizona, and certain other relief, and the complaint having stated facts and circumstances upon which said exoneration or limitation is claimed, and it appearing that claims may be made against Plaintiff-in-Limitation, which may exceed the value of the interest of Plaintiff-in-Limitation in the VESSEL, for losses, injuries, and/or damages said to have been occasioned by or incurred in consequence of said voyage; and

WHEREAS, the surety for Plaintiff-in-Limitation has given security for damages or costs herein, pursuant to 46 U.S.C. §§ 30501-30512 and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules for Civil Procedure; and

1   WHEREAS the Court having directed by its order that all persons or entities
2   claiming damages for any and all losses, injuries, and/or damages occasioned as a
3   result of the above-described incident involving the VESSEL on or about July 22,
4   2017, are to file and serve their respective claims and answers to the complaint on
5   or before   April 29   , 2019;
6   PLEASE TAKE NOTICE that all persons asserting claims with respect to
7   such losses, injuries, and/or damages are admonished to file their claims with the
8   undersigned Clerk of this Court on or before   April 29   , 2019, and serve a
9   copy thereof and answer to the complaint on Jared Green, Esq., Browne & Green
10  LLC, 1050 Indigo Drive, Suite 112 Las Vegas, NV 89145, counsel for
11  Plaintiff-in-Limitation, on or before   April 29   , 2019.
12  This notice is issued by order of the Court pursuant to Rule F(4) of the
13  Supplemental Rules of Certain Admiralty and Maritime Claims, Federal Rules of
14  Civil Procedures.

16  Dated:   February 27   , 2019

17  _____
    RICHARD F. BOULWARE, II
18  United States District Judge