UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of COLORADO BREEZE, LLC, a Nevada Limited Liability Company, as owner of the vessel LOOSEY LU, official number 1189035, for Exoneration from or Limitation of Liability | Case No.<br><br>**[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE AND ORDER, AND PUBLICATION THEREOF** |

WHEREAS, a complaint is being filed simultaneously with this [Proposed] Order by which Plaintiff-in-Limitation COLORADO BREEZE, LLC., as owner of vessel LOOSEY LU, official number 1189035, ("VESSEL"), wherein Plaintiff-in-Limitation seeks exoneration from or limitation of liability for any losses, injuries, and/or damages occasioned as a result of the VESSEL voyage on or about July 22, 2017 on the Colorado River in the vicinity of Blakenship Bend, Arizona; and

WHEREAS, the complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and

WHEREAS, it appearing that the claims that may be made against Plaintiffs-in-Limitation may be in amounts which will exceed the value of the interest of Plaintiffs-in-Limitation in the VESSEL for losses, injuries, and/or damages said to have been occasioned or incurred in consequence of the aforesaid voyage; and

WHEREAS, the surety for Plaintiffs-in-Limitation has given security for damages in costs herein;

AND NOW THEREFORE, on application of Browne & Green LLC, counsel for Plaintiff-in-Limitation, it is hereby:

ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted with this Order, to all persons or entities asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court and serve attorneys for Plaintiffs-in-Limitation with a copy thereof within 30 days of the issuance of the notice;

AND IT IS FURTHER ORDERED that public notice shall be given by publication thereof in the newspaper known as "Las Vegas Review Journal," and that such notice shall be published once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

AND IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, Plaintiffs-in-Limitation shall mail a copy of said notice to every person or concern, if any, known to have made any claim against Plaintiff-in-Limitation as a result of the incident involving the VESSEL on or about July 22, 2017;

AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits, actions or proceedings which may already have begun against Plaintiffs-in-Limitation in any court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the aforesaid voyage or trip of the VESSEL on or about July 22, 2017, and institution or prosecution of any suits, actions or legal proceedings of any nature description whatsoever in any court wheresoever, except in this proceeding for exoneration from or limitation of liability, against Plaintiffs-in-Limitation, in respect of any claim or claims arising out of the aforesaid voyager trip on which the VESSEL was then engaged, or otherwise subject to limitation proceeding, be and the same are hereby are stayed and restrained;

AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested, on the person or persons, or entity or entities, to be restrained, or to their respective attorneys or representatives;

AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

IT IS SO ORDERED.

Dated: February 27, 2019

By: _____
RICHARD F. BOULWARE, II
United States District Judge
DISTRICT OF NEVADA

[Proposed Order] Directing Issuance of Notice and Publication
Case No.

- 3 -