AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

In the Matter of COLORADO BREEZE, LLC,

              Plaintiff,

v.

              Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01153-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Plaintiff Colorado Breeze LLC and against all non-appearing claimants in the above-entitled matter.

| | |
|---|---|
| October 1, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |